IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C. ACKOUREY, JR., | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 13-2315 |
| | : | |
| RAJA FASHIONS BESPOKE | : | |
| TAILORS, et al., | : | |
|     Defendants. | : | |

**ORDER**

**AND NOW**, this  11th day of September , 2014, it is **ORDERED** that Plaintiff's Motion for Default Judgment Pursuant to Rule 55(b)(2) (ECF No. 14) is **GRANTED**. It is further **ORDERED** that default judgment is entered against Defendants, Raja Fashions Bespoke Tailors and Raja Daswani, in the amount of $309,858.60, which consists of an award of $300,000 in statutory damages, $9,485 in attorney's fees, and $373.60 in costs.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:   Copies **MAILED** on _____ to: